The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.I., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-01276-KKE <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for Consideration: <br> September 30, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-01276-KKE] - 1

UNITED STATES ATTORNEY
700 STEWART ST., STE. 5220
SEATTLE, WA 98101
(253) 428-3800

DATED this 30th day of September, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICE OF SHARA SVENDSEN PLLC |
| *s/ James C. Strong*<br>JAMES C. STRONG, WSBA # 59151<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101<br>Phone: (206) 553-7970<br>Email: james.strong@usdoj.gov | *s/ Elaine R. Fordyce*<br>ELAINE R. FORDYCE, WSBA # 44415<br>Law Office of Shara Svendsen PLLC<br>16300 Mill Creek Blvd., Ste. 206<br>Mill Creek, Washington 98012<br>Phone: (425) 361-1511<br>Email: elaine@svenlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 76 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-01276-KKE] - 2

UNITED STATES ATTORNEY
700 STEWART ST., STE. 5220
SEATTLE, WA 98101
(253) 428-3800

**ORDER**

The case is dismissed without prejudice with each party to bear their own fees and costs.  It is so **ORDERED**.

DATED this 30th day of September, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:25-cv-01276-KKE] - 3

UNITED STATES ATTORNEY
700 STEWART ST., STE. 5220
SEATTLE, WA 98101
(253) 428-3800